PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8931
     Facsimile: (415) 744-0134
     E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL LYNN VAN ANTWERP, )<br><br>        Plaintiff, )<br><br>    vs. )<br><br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br><br>        Defendant. )<br> )| No. 2:15-cv-02096-DB<br><br>STIPULATION AND ORDER FOR AN<br>EXTENSION OF TIME |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel of record, that Defendant shall have an extension of time to October 21, 2016 to respond

to Plaintiff's opening brief.  The current due date is September 21, 2016.  This is Defendant's

first request for an extension of time.  Defendant respectfully requests this additional time due to

a heavy workload.  Defendant's counsel is working on an appellate brief.  In addition,

Defendant's counsel has another appellate brief and is responsible for managing and briefing

fifty-five other matters pending before the District Courts.

     This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.


Respectfully submitted,

Dated:  September 20, 2016

*/s/ Robert C. Weems by Chantal R. Jenkins**
ROBERT C. WEEMS
As authorized *via* email by Andrew Ragnes
on Mr. Weem's behalf on September 20, 2016
Attorney for Plaintiff


Dated:  September 20, 2016

PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By:     */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney


## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: September 21, 2016

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE


DLB:6
DLB1\orders.soc sec\antwerp2096.stip.eot.ord


2